IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60691
Summary Calendar
_____

ALICE M. WASH

                                        Plaintiff-Appellant,


versus

JOHN J. CALLAHAN,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:95-CV-107-LN
- - - - - - - - - -
July 7, 1997
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Alice Wash appeals from the district court's decision in favor of the Commissioner which denied disability and supplemental security income benefits to her. Wash argues that the Commissioner's decision is not supported by substantial evidence and that the Commissioner failed to apply the correct legal standards.

The Commissioner applied the proper legal standards in

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denying benefits to Wash.  <u>See</u> 20 C.F.R. § 404.1520 (1995);

<u>Leggett v. Chater</u>, 67 F.3d 558, 563 n.2 (5th Cir. 1995).

Further, a review of the record reflects substantial evidence

supporting the Commissioner's decision.  <u>See</u> <u>Ripley v. Chater</u>, 67

F.3d 552, 555 (5th Cir. 1995).  Therefore, Wash failed to carry

her burden of proving a disability making her eligible for

disability or supplemental security income benefits.  42 U.S.C.

§ 423.

AFFIRMED.